## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:06-cr-383-T-23TGW

CHARLES CHRISTOPHER CREAMER

_____/

### THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

(NAME) __Janet Creamer__
(ADDRESS) __513 B 5th Ave., N.E., Largo, FL 33770__
(TELEPHONE NUMBER) __(727) 587-7858__

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_Janet M. Creamer_
Signature of Custodian

### Acknowledgment by Defendant

I, __Charles Christopher Creamer__, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition of fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

_Charles Creamer_                          513 B 5th AVE NE LARGO
Signature of Defendant                      Address

_727-587-7858_                              FI 33770
Telephone Number                            City, State, Zip

**RELEASE ORDERED:**

_Mary S. Scriven_
MARY S. SCRIVEN
United States Magistrate Judge

Dated: __September 21, 2006__